UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARDNER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAY ROAD HOUSING L.P., et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-02944-EDL<br><br>**ORDER REFERRING CASE TO MEDIATION** |

TO ALL PARITES AND COUNSEL OF RECORD:

This matter is referred for mediation through the Court's Alternative Dispute Resolution department.  The mediation session shall take place within 90 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 22, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge