1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA GARDNER, et al.,

           Plaintiffs,

      v.

BAY ROAD HOUSING L.P., et al.,

           Defendants.

Case No.  15-cv-02944-EDL

**ORDER OF CONDITIONAL DISMISSAL**

     The Court having been advised that the parties have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before June 3, 2016 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

     **IT IS SO ORDERED.**

Dated:  March 7, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge